court's assessment of his constitutional claims is debatable and that any dispositive procedural findings by the district court are also debatable or wrong. *See Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th Cir.2001).

We have independently reviewed the record and conclude that Richie has not shown the district court's finding of untimeliness to be debatable or wrong. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Phillip Morris Pugh appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Pugh v. Johnson,* No. CA–04–1347 (E.D. Va. filed Nov. 22, 2004; entered Nov. 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

**Phillip Morris PUGH, Plaintiff— Appellant,**

v.

**Gene JOHNSON, Director, Department of Corrections, Defendant— Appellee.**

**No. 04–8023.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 24, 2004.

Decided: March 31, 2005.

**Anthony JOE, Petitioner—Appellant,**

v.

**Willie EAGLETON, Warden, Evans Correctional Institution; Henry McMaster, Attorney General, South Carolina, Respondents—Appellees.**

**No. 04–8025.**

United States Court of Appeals, Fourth Circuit.

Submitted March 24, 2005.

Decided March 31, 2005.

Phillip Morris Pugh, Appellant pro se.